Bruce W. Brewer, OSB No. 925581
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
brucebrewerusdccases@gmail.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SUZANNE SULLIVAN,

    Plaintiff,

                     3:11-cv-00614-MA

vs.

COMMISSIONER,              ORDER
 Social Security
Administration,

    Defendant.

It is ordered that based upon the stipulation of the parties the above captioned case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or attorney fees to either party.

*Malcolm F. Marsh*      Date: 1/9/12
Judge/Magistrate
United States District Court
District of Oregon